Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

August 10, 2026

**VIA ECF**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
500 Pearl Street, Room 15A
New York, NY 10007

***Re: Murphy v. Roots America Corporation, Case No. 1:26-cv-04189-AS***

Dear Judge Subramanian:

This Firm represents Defendant Roots America Corporation ("Defendant") in the above-referenced action. We write, with the consent of Plaintiff James Murphy ("Plaintiff"), to respectfully request (1) an adjournment of the Initial Pretrial Conference presently scheduled for August 20, 2026, to a date after October 5, 2026, and (2) a corresponding extension of the deadline to file pre-conference submissions.

By way of background, Plaintiff filed the Complaint on May 19, 2026. (ECF No. 1.) On May 20, 2026, the Court scheduled an Initial Pretrial Conference for August 20, 2026 at 3:30 p.m. (ECF No. 6.) Per the Court's May 20, 2026 Order, the parties must file a joint letter and proposed Civil Case Management Plan and Scheduling Order by August 12, 2026. Defendant waived service of the Summons and Complaint on August 5, 2026 (ECF No. 7), and its responsive pleading deadline is due on October 5, 2026.

We respectfully request that the Court adjourn the Initial Pretrial Conference to a date after Defendant's October 5, 2026 responsive pleading deadline, and reset the deadline for pre-conference submissions accordingly. Defendant is requesting this extension to provide it with additional time to investigate the allegations in the Complaint and to work with Plaintiff towards a potential non-litigated resolution of this matter. We have communicated with counsel for Plaintiff, and Plaintiff consents to this request. This is the first request for an adjournment of the Initial Pretrial Conference. If granted, the adjournment will not affect any other scheduled dates, and there are no other appearances currently scheduled before the Court.

We respectfully submit this request in good faith and not to cause undue delay. We thank the Court in advance for its time and attention to this matter, and for its consideration of this application.

Respectfully submitted,

SEYFARTH SHAW LLP

John W. Egan

GRANTED. The remote initial pretrial conference will now be held on **October 15, 2026 at 1:30 PM**. Same dial-in information. The pre-conference submissions are now due by **October 7, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 8.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 11, 2026